# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-CV-079-JFW (AS) | Date | Mon., November 16, 2020 |
|---|---|---|---|
| Title | Estate of Andrew Ricardez, et al. v. County of Ventura, et al. | | |

| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
|---|---|
| Debbie Johnston | Zoom 11/16/2020 |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**  **SETTLEMENT CONFERENCE**

Case called. Counsel state their appearances. The following are in attendance at the settlement conference:

**For Plaintiffs**:   Mark R. Pachowicz and Jennie A. Hendrickson, Pachowicz Goldenring APLC
Sonia M. Mercado and R. Samuel Paz, Sonia Mercado and Associates
Plaintiffs Rick Ricardez and Angela Perez

**For Defendants**:   James S. Eicher and Rocco Zambito, Jr., Lawrence Beach Allen and Choi PC
Rob Davidson, Commander, Ventura County Sheriff's Department
Eric Dowd, Asst. Sheriff, Ventura County Sheriff's Department
Leonardo Selvaggi, Risk Management, County of Ventura
Everett Berry, Risk Analyst, County of Ventura

Peter Bertling, Bertling Law Group
Julie Kus, Pro Assurance
Frank Halliburton, Wellpath

Brian Hoffman, Wood Smith Henning and Berman
Defendant Nitin Nanda, M.D.

///

The Court conducts a settlement conference as scheduled. After discussion among the parties, including separate caucuses, no settlement is reached. Discussions will continue and the parties are advised that the Court will be available for a second settlement conference should they so desire.

|  | 03 | : | 50 |
| --- | --- | --- | --- |
| Initials of Preparer | dj | | |