PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura, Ventura County Sheriff's Office, and Sheriff Bill Ayub

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW RICARDEZ, Deceased, through his Successor In Interest, Rick Ricardez and RICK RICARDEZ, individually and as Successor In interest; ANGELA PEREZ, Individually and as Successor In Interest, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>COUNTY OF VENTURA, a public entity; VENTURA COUNTY SHERIFF'S OFFICE; SHERIFF BILL AYUB, individually and in his official capacity as Sheriff; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); H.I.G. CAPITAL, LLC; TAYLOR FITHIAN, M.D., individually and in his official capacity; PAUL ADLER, D.O., individually and in his official capacity; RONALD POLLACK, M.D., individually and in his official capacity; NITIN NANDA, M.D., JUSTIN R. REYNA, individually and in his official capacity; KIP HALLMAN, individually and in his official capacity; ELAINE HUSTEDT, individually and in her official capacity; MAHSA CHADORCHI, and DOES 1 through 10, inclusive. <br><br>　　　　Defendants. | Case No. 2:20-cv-00079-JFW-AS <br><br> Honorable John F. Walter <br><br>**JOINT NOTICE OF SETTLEMENT** |

1

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs ESTATE OF ANDREW RICARDEZ, RICK RICARDEZ, and ANGELA PEREZ ("Plaintiffs") and Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, and SHERIFF BILL AYUB (collectively, the "County Defendants"), by and through their respective attorneys of record, have reached a settlement in the above-entitled case as to Plaintiffs' claims against the County Defendants. The Parties are finalizing a written agreement and will file a stipulation for dismissal of the County Defendants.

Dated: March 12, 2021       LAWRENCE BEACH ALLEN & CHOI, PC

By  /s/ Rocco Zambito, Jr.
Rocco Zambito, Jr.[1]
Attorneys for Defendants
County of Ventura,
Ventura County Sheriff's Office,
and Sheriff Bill Ayub

Dated: March 12, 2021       SONIA MERCADO & ASSOCIATES

By  /s/ Sonia M. Mercado
Sonia M. Mercado
Attorneys for Plaintiff Angela Perez

Dated: March 12, 2021       PACHOWICZ | GOLDENRING APLC

By  /s/ Jennie Hendrickson
Jennie Hendrickson
Attorneys for Plaintiffs, Estate of Andrew Ricardez, Deceased, Through His Successor in Interest Rick Ricardez and Rick Ricardez, Individually

---

[1] As the filer of this Joint Notice, I, Rocco Zambito, Jr., attest that Sonia M. Mercado and Jennie Hendrickson concur in the contents of the Joint Notice and have authorized its filing.