Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group, Inc.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D.,
PAUL ADLER, D.O., RONALD POLLACK, M.D., KIP HALLMAN,
ELAINE HUSTEDT, AND MAHSA CHADORCHI.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW RICARDEZ, Deceased, Through His Successor In Interest, Rick Ricardez and RICK RICARDEZ, Individually And As Successor In Interest; ANGELA PEREZ, Individually And As Successor In Interest,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA, a public entity; VENTURA COUNTY SHERIFF'S OFFICE; SHERIFF BILL AYUB, individually and in his official capacity as Sheriff; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); H.I.G. CAPITAL, LLC.; TAYLOR FITHIAN, M.D., individually and in his official capacity; PAUL ADLER, D.O., individually and in his official capacity; RONALD POLLACK, M.D., individually and in his official capacity; NITIN NANDA, M.D.; JUSTIN R. REYNA, individually and in his official capacity; KIP HALLMAN, individually and in his official capacity; ELAINE HUSTEDT, individually and in her official capacity; MAHSA CHADORCHI, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 2:20-cv-00079-JFW(ASx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br><br><br>Action Filed: January 3, 2020<br>Judge: Hon. John F. Walter<br>Ctrm: 7A |

2:20-cv-00079-JFW(ASx)

# JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR
ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs ESTATE OF ANDREW RICARDEZ,
Deceased, Through His Successor in Interest, Rick Ricardez and RICK RICARDEZ,
Individually and As Successor In Interest; ANGELA PEREZ, Individually And As
Successor In Interest ("Plaintiffs") and Defendants CALIFORNIA FORENSIC
MEDICAL GROUP, INC., a.k.a. WELLPATH, TAYLOR FITHIAN, M.D., PAUL
ADLER, D.O., RONALD POLLACK, M.D., KIP HALLMAN, ELAINE HUSTEDT,
MAHSA CHADORCHI, and NITIN NANDA, M.D. (collectively "Defendants"), by and
through their respective attorneys of record, have reached a settlement in the above-
entitled case as to Plaintiffs' claims against the Defendants. The settlement between these
parties represents settlement of the entire action.

The parties are finalizing a written agreement and will file a stipulation(s) for
dismissal of the Defendants.

Respectfully submitted,

Dated: May 3, 2021                    BERTLING LAW GROUP


*/s/ Peter G. Bertling*[1]
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC., TAYLOR FITHIAN, M.D.,
PAUL ADLER, D.O., RONALD
POLLACK, M.D., KIP HALLMAN,
ELAINE HUSTEDT, AND
MAHSA CHADORCHI.

---

[1] As the filer of this Joint Notice, I, Peter G. Bertling, attest that Sonia M. Mercado, Jennie Hendrickson,
and Brian Hoffman concur in the contents of the Joint Notice and have authorized its filing.

**2:20-cv-00079-JFW(ASx)**

**JOINT NOTICE OF SETTLEMENT**

Dated: May 3, 2021                    SONIA MERCADO & ASSOCIATES

                                      /s/ Sonia M. Mercado
                                      Sonia M. Mercado
                                      Attorneys for Plaintiff
                                      ANGELA PEREZ, Individually
                                      And As Successor In Interest

Dated: May 3, 2021                    PACHOWICZ | GOLDENRING APLC

                                      /s/ Jennie Hendrickson
                                      Jennie Hendrickson
                                      Attorneys for Plaintiffs
                                      ESTATE OF ANDREW RICARDEZ,
                                      Deceased, Through His Successor In Interest,
                                      Rick Ricardez and RICK RICARDEZ,
                                      Individually And As Successor In Interest

Dated: May 3, 2021                    WOOD, SMITH, HENNING &
                                      BERMAN LLP

                                      /s/ Brian L. Hoffman
                                      Brian L. Hoffman
                                      Attorneys for Defendant
                                      NITIN NANDA, M.D.